**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-52242-LRC |
| MERRICK LE'MON DISON, | CHAPTER 7 |
| Debtor. | |

## MOTION TO DISMISS CHAPTER 7 CASE

COMES NOW THE DEBTOR, by and through the undersigned counsel, and files this "Motion to Dismiss Chapter 7 Case" and shows this Honorable Court as follows:

1.

The Debtor filed a Petition constituting an Order for Relief under Title 11 U.S.C. Chapter 7 on March 19, 2021.  The 341 Meeting of Creditors is scheduled for April 27, 2021.

2.

As a result of Debtor's misunderstanding, Debtor did not expect his current case to be filed as quickly after signing all required documents.

3.

Shortly after filing, Debtor decided he would like to negotiate with his creditors directly as he is interested in selling his home and would use the exempt proceeds to pay his creditors.

4.

Debtor anticipates there will be no un-exempt proceeds in this case and Debtor no longer needs the help of the Bankruptcy Court.

5.

The Debtor respectfully requests the Court to dismiss the instant chapter 7 case, which would give Debtor an opportunity to pay his debts back in full if he can sell his home.

WHEREFORE, Debtor prays:

    (a)    That this Motion be filed, read, and considered;

    (b)    That the hearing on this Motion scheduled; and

  (c)  That this Court grant such other and further relief as it deems just and proper.

  Respectfully submitted,

  Respectfully Submitted:
/s/
Iesha Warmack, GA Bar No. 865980
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-52242-LRC |
| MERRICK LE'MON DISON, | CHAPTER 7 |
| Debtor. | |

**NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 7 CASE**

**PLEASE TAKE NOTICE** that the above-referenced Debtor filed a Motion seeking to Dismiss Chapter 7 Case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom 1204 of the United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, at 10:15am, on May 13, 2021.

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website www.ganb.uscourts.gov prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA, 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone: 404-522-2222
Fax: 770-220-0685
Email: ecfnotices@cw13.com

*/s/*
Iesha Warmack, GA Bar No. 865980
Attorney for Debtor

# CERTIFICATE OF SERVICE

I, the undersigned, certify that I am over the age of 18 and that on this date I served a copy of the foregoing *Motion to Dismiss Chapter 7 Case* and *Notice of Hearing on Motion to Dismiss Chapter 7 Case* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Merrick Dison
 11709 Kades Trail
Hampton, GA 30228

S. Gregory Hays – Chapter 7 Trustee
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

And, in the same manner, I served the parties listed in the attached matrix by mailing copies of the foregoing Motion and Notice to the addresses indicated therein.

**Dated:** 4/16/2021

/s/
Iesha Warmack, GA Bar No. 865980
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expwy Bldg 3
Atlanta, GA 30341
Phone:  404-522-2222
Fax:  770-220-0685
Email: ecfnotices@cw13.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 21-52242-lrc<br>Northern District of Georgia<br>Atlanta<br>Thu Apr 15 14:23:45 EDT 2021 | AR Resources, Inc.<br>Attn: Bankruptcy<br>Po Box 1056<br>Blue Bell, PA 19422-0287 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Atlanta Title Loans, Inc.<br>Reg. Agent: C T Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046-4805 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| E. L. Clark<br>Clark & Washington, LLC<br>Bldg 3<br>3300 Northeast Expressway<br>Atlanta, GA 30341-3932 | Merrick Le'Mon Dison<br>11709 Kades Trail<br>Hampton, GA 30228-4016 | Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| (p)FIDELITY NATIONAL COLLECTIONS<br>885 S SAWBURG AVE SUITE 103<br>ALLIANCE OH 44601-5905 | Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | IRS<br>401 W. Peachtree St., NW<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 | Kade's Cove Community Association, Inc<br>6713 Chruch Street<br>Douglasville, GA 30134-1717 |
| Lendmark Financial<br>Attn: Bankruptcy<br>1735 N Brown Rd, Ste 300<br>Lawrenceville, GA 30043-8228 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rushmore Loan Management Services LLC<br>Reg. Agent: Corporation Service Company<br>40 Technology Parkway Southsuite 300<br>Norcross, GA 30092-2987 | Stallings Financial Group, Inc.<br>1111 South Marietta Parkway<br>Suite B<br>Marietta, GA 30060-2800 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fidelity National Collections<br>Attn: Bankruptcy<br>885 South Sawburg Ave, Ste 103<br>Alliance, OH 44601 | Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century BLVD NE Suite 9100<br>Atlanta, GA 30345-3202 | Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 |

```
End of Label Matrix
Mailable recipients    21
Bypassed recipients     0
Total                  21
```